UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IGNACIA CARMONA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-084 |
| § | |
| THE CITY OF BROWNSVILLE, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the Court's Orders and Opinions (Docs. 46, 49), Final Judgment is entered in favor of Defendants the City of Brownsville, Brownsville Police Officers Jesus Olvera and Pedro Dominguez, and John Doe Officers 1-15, as to all of the causes of action alleged by Plaintiffs Ignacia Carmona on behalf of herself as the mother of Veronica Carmona, as the representative of Veronica's estate, and as the next friend of Veronica's children. Plaintiffs take nothing on their causes of action against all Defendants.

This judgment is final and appealable.

Each party shall bear its own costs.

The Clerk of Court is directed to close this matter.

Signed on March 4, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge